

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00063-CV

IN RE: A PURPORTED LIEN OR CLAIM AGAINST RUSSELL MAUER, OWNER OF REAL PROPERTY

§    On Appeal from the 16th District Court

§    of Denton County (19-0536-16)

§    April 25, 2019

§    Per Curiam

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM